BECHDOL v. BECHDOL. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Margaret F. Bechdol against George H. Bechdol, in which Hector McG. Curren appeals. No opinion. Motion denied, with $10 costs.

BECK, Appellant, v. ONLY SHIRT CO., Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Joseph Beck against the Only Shirt Company. J. Manheim, of New York City, for appellant. I. Skutch, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

BELANGER, Respondent, v. CITY OF POUGHKEEPSIE, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Homer Belanger, an infant, by Margaret Belanger, his guardian ad litem, against the City of Poughkeepsie. No opinion. Judgment and order unanimously affirmed, with costs.

BELL, Respondent, v. McCONNELL, Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Albert A. Bell against David H. McConnell. No opinion. Judgment and order affirmed, with costs.

BELL, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Pauline Bell against the New York State Railways.

PER CURIAM. Judgment and order affirmed, with costs.

MERRELL, J., dissents, upon the ground that the verdict is excessive.

BELLUARDO v. SOUTHERN PAC. CO. et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Salvatore Belluardo against the Southern Pacific Company, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

BENNETT, Respondent, v. AUSTRO-AMERICANA S. S. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Anthony C. Bennett against the Austro-Americana Steamship Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 154 N. Y. Supp. 1111.

BENNETT, Respondent, v. CHAYES, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Alice Bennett, an infant, against Louis J. Chayes. G. A. Honnecker, of New York City, for appellant. A. E. Brosmith, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 154 N. Y. Supp. 1111.

LAUGHLIN, J., dissents.

BENZ AUTO IMPORT CO., Appellant, v. FROELICH, Respondent. (Supreme Court, Appellate Division, First Department. November 19, 1915. Action by the Benz Auto Import Company against Jesse Froelich. C. Oakes, of New York City, for appellant. J. S. Epstein, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 161 App. Div. 929, 146 N. Y. Supp. 1083; 162 App. Div. 907, 146 N. Y. Supp. 1084.

BERMANT v. KEVENEY. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Jacob W. Bermant against Mary S. Keveney. No opinion. Motion granted. Order filed. See, also, 154 N. Y. Supp. 1111.

BERNSTEIN, Respondent, v. FRIEND, Appellant. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Esther Bernstein against Isaac Friend. A. Roelker, Jr., of New York City, for appellant. H. K. Heyman, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed. See, also, 163 App. Div. 870, 147 N. Y. Supp. 1098; 166 App. Div. 893, 150 N. Y. Supp. 1076.

BERNSTEIN, Appellant, v. SELIGER, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Joseph Bernstein against Simon Seliger. W. A. Herrmann, of New York City, for appellant. L. A. Sable, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BILLINGS, Appellant, v. POTTINGER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Theodore M. Billings, as administrator, etc., of Anna M. Browne, deceased, against Frederick J. Pottinger and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re BINGHAM'S WILL. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) In the matter of the probate of the last will and testament of Charles F. Bingham, deceased. No opinion. Decree (86 Misc. Rep. 566, 148 N. Y. Supp. 918) affirmed, with separate bills of costs to each party appearing upon the appeal by separate attorneys, payable out of the estate.

BIONDO, Respondent, v. NEW YORK CENT. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Andrew Biondo, an infant, by Nunzio Biondo, his guardian ad litem, against the New York Central Railroad Company.

PER CURIAM. Order affirmed, with costs.

HOWARD, J., dissents.